UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KERRY B. KOEPKE, <br><br> Plaintiff, <br><br> v. <br><br> DEAN FINANCIAL GROUP, INC d/b/a AAA COMMUNITY FINANCE, <br><br> Defendant. | Case No.: 2:18-cv-00309-JPS <br><br> Honorable Judge J.P. Stadtmueller |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KERRY B. KOEPKE and the Defendant, DEAN FINANCIAL GROUP, INC d/b/a AAA COMMUNITY FINANCE, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 16, 2018    Respectfully Submitted,

**KERRY B. KOEPKE**    **DEAN FINANCIAL GROUP, INC. d/b/a AAA COMMUNITY FINANCE**

*/s/ Marwan R. Daher*    */s/ S. David Smith (with consent)*
Marwan R. Daher    S. David Smith
*Counsel for Plaintiff*    *Counsel for Defendant*
Sulaiman Law Group, Ltd.    Bradley
2500 S. Highland Ave., Ste. 200    600 Travis Street, Suite 4800
Lombard, Illinois 60148    Houston, Texas 77002
Phone: (630) 575-8181    Phone: (713) 576-0300
mdaher@sulaimanlaw.com    sdsmith@bradley.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher
