# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KERRY B. KOEPKE,

        Plaintiff,

v.

DEAN FINANCIAL GROUP INC.,

        Defendant.

Case No. 18-CV-309-JPS

**ORDER**

On August 22, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #21). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #21) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge